**Opinion filed June 4, 2009**



In The

# Eleventh Court of Appeals

---

## No. 11-09-00130-CV

---

## IN RE CYNTHIA HENRY DAVIS

---

### Original Mandamus Proceeding

---

### MEMORANDUM OPINION

Relator, Cynthia Henry Davis, seeks a writ of mandamus compelling respondent, Hon. Marvin Moore, to transfer venue of the underlying suit from Midland County to Parker County under TEX. FAM. CODE ANN. § 155.201(b) (Vernon 2008). To obtain a transfer of venue under Section 155.201(b), a party must file a timely motion to transfer venue. Real party in interest, Amy Leanne Rogillio, filed a petition to modify parent-child relationship on May 24, 2006. Davis was named as the respondent in the petition. As a responding party to Rogillio's suit, Davis was required to file a motion to transfer venue "on or before the first Monday after the 20th day after the date of service of citation or notice of the suit." TEX. FAM. CODE ANN. § 155.204(b) (Vernon 2008). The record does not show that Davis met the deadline for filing a motion to transfer venue. Instead, Davis apparently did not file a motion to transfer venue until she filed a counter-petition to modify parent-child relationship on April 7, 2009. Because Davis has not demonstrated that she filed a

timely motion to transfer venue, we cannot conclude that the trial court clearly abused its discretion. Therefore, we deny Davis's request for mandamus relief.

PER CURIAM

June 4, 2009

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.